UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KRIS SAEGER,

                 Plaintiff,

v.

TAMBRA ZANDER, *et al.,*

                 Defendants.

Case No. C08-5314BHS

ORDER GRANTING
PLAINTIFF'S MOTION TO
AMEND COMPLAINT

This matter comes before the court on plaintiff's request to amend his complaint to add a claim of retaliation (Dkt. # 37). The Court, having reviewed the request and the balance of the record, does hereby ORDER:

(1) On October 31, 2008, Plaintiff filed a pleading requesting to add a claim of retaliation to the matter. The matter was served by the court in May 2008, however, no Answer or affirmative pleading has been filed by Defendants (other than the motion to dismiss filed by Defendant Lopez). Four factors are relevant to whether a motion for leave to amend pleadings should be denied: undue delay, bad faith or dilatory motive, futility of amendment, and prejudice to the opposing party. United States v. Webb, 655 F.2d 977, 980 (9th Cir. 1981). Arguably it would be late to add such a claim to this case, but because the remaining Defendants have not Answered the Complaint the undersigned finds not prejudice in allowing Plaintiff to amend his Complaint at this time. Accordingly, Plaintiff's request to amend his complaint is **GRANTED**.

Plaintiff shall file an Amended Complaint with the court reflecting his request to add a claim of

ORDER
Page - 1

retaliation by no later than December 12, 2008.    The court notes that it is plaintiff's responsibility to file and properly serve an amended complaint to reflect this change.  An Answer or other affirmative defenses to the Complaint should be filed in response to the Amended Complaint in a timely manner, otherwise Plaintiff may move for and entry of default against the defendants who have been properly served.

(2)  The Clerk is directed to send copies of this Order to plaintiff.

DATED this 12th day of November, 2008.


                                    */s/ J. Kelley Arnold*
                                    J. Kelley Arnold
                                    United States Magistrate Judge