UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KRIS SAEGER,

    Plaintiff,

v.

TAMBRA ZANDER, et al.,

    Defendants.

Case No. C08-5314BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation of the Honorable J. Kelley Arnold, United States Magistrate Judge. Dkt. 39. The Court having considered the Report and Recommendation, Plaintiff's failure to file objections, Plaintiff's amended complaint (Dkt. 40) and the remaining record, does hereby find and order:

(1) The Court adopts the Report and Recommendation; and

(2) Plaintiff failed to file objections, and failed to remedy the deficiencies in his complaint as to Defendant Al Lopez in his amended complaint; and

(3) Plaintiff's claims against Defendant Lopez are **DISMISSED WITH PREJUDICE**.

DATED this 11th day of December, 2008.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER