UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KRIS SAEGER,

    Plaintiff,

v.

TAMBRA ZANDER, et al.,

    Defendants.

Case No. C08-5314BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 54. The Court having considered the Report and Recommendation, Plaintiff's failure to file objections, Plaintiff's letters written to Defendants stating that he is "going to close this case" (Dkts. 55 at 4 and 56 at 2), does hereby find and order:

(1) The Court adopts the Report and Recommendation; and

(2) The Court grants Defendants' motions to dismiss (Dkts. 47 and 49), and this action is **DISMISSED without prejudice**.

DATED this 22nd day of April, 2009.

                                                       BENJAMIN H. SETTLE
                                                     United States District Judge

ORDER