AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF WASHINGTON

KRIS SAEGER

JUDGMENT IN A CIVIL CASE

v.

TAMBRA ZANDER, et al.,

CASE NUMBER: C08-5314BHS

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation; and

The Court grants Defendants' motions to dismiss (Dkts. 47 and 49), and this action is **DISMISSED WITHOUT PREJUDICE**.

| April 23, 2009 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

*s/CM Gonzalez*
Deputy Clerk